UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION DIVISION OF HOUSING, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 10-cv-193-JHP |
| UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, SHAUN DONOVAN, in his official capacity, SANDRA HENRIQUEZ, in her official capacity, and C. WAYNE SIMS, in his official capacity, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

# **JUDGMENT**

Pursuant to the Defendants' Motion to Dismiss which was granted the 2nd day of May, 2011, the Court enters judgment for the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 2nd day of May, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma